No. 41464.—Protests 975639–G, etc., of Dolliff & McGrath (Boston).

Opinion by McCLELLAND, P. J. It was stipulated that the black wax in question is similar to the merchandise passed upon in *Smith* v. *United States* (C. D. 18). The claim for free entry under paragraph 1796 was therefore sustained.

No. 41465.—Protests 621223–G, etc., of C. S. Emery & Co. (St. Albans).

Opinion by McCLELLAND, P. J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that duty should have been taken under the Revenue Act of 1932 on only the actual number of board feet of lumber imported.

No. 41466.—Protests 837010–G, etc., of A. W. Fenton Co. et al. (Cleveland).

Opinion by McCLELLAND, P. J. The protests were overruled.

No. 41467.—Protests 939864–G, etc., of Goldie Shops (New York).

Opinion by McCLELLAND, P. J. The protests were overruled.

No. 41468.—Protest 968653–G of Victory Shipping Co., Inc. (New York).

Opinion by McCLELLAND, P. J. On the record presented the protest was overruled.

No. 41469.—Protest 972662–G of New York Merchandise Co., Inc. (New York).

Opinion by SULLIVAN, J. The protest was sustained on the authority of *United States* v. *Davis* (20 C. C. P. A. 305, T. D. 46087), *Freeman* v. *United States* (T. D. 48683) and *Sprague* v. *United States* (T. D. 49193).

No. 41470.—Protests 972310–G, etc., of F. W. Woolworth (Seattle).

Opinion by SULLIVAN, J. It was stipulated that the merchandise consists of cabinets in chief value of wood similar to those the subject of Abstract 37636. The claim at 33⅓ percent under paragraph 412 was sustained.

No. 41471.—Protest 944430–G of Wm. Shaland (New York).

Opinion by SULLIVAN, J. The protest was submitted on the official samples, which are figures of a bear and a Santa Claus. Both are mounted on metal strings and the bear in addition has a tail formed of a metal spring. There was nothing to indicate that they are chiefly used for other purposes than the amusement of children. The protest was therefore overruled.